IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00627–EWN–BNB
Chapter 7 Bankruptcy Case No. 05-45702 ABC
Adversary Bankruptcy Case No. 05-01956 ABC

In re:

MARION DAVID LAWSON, and
JEAN ANNETTE WINTERS,

    Debtors,

JASON SMITH,

    Plaintiff,

v.

MARION DAVID LAWSON,

    Defendant.

**ORDER**

    This matter is before the court on the motion of Plaintiff, who has sued Defendants for damages due to personal injury, to remove the personal injury case to this court for trial or to have this court abstain, so that the case can be tried in state court. A response and reply have been filed, and the court is sufficiently advised. Plaintiff has gotten the cart before the horse. Defendants, the bankruptcy debtors, allege that they were discharged. Before Plaintiff can do

anything in this court or state court, he must get relief from stay and/or reconsideration or the order discharging debtors. Accordingly, it is

ORDERED that the referenced motion be DENIED and that the clerk close this court's case.

Dated this 7th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge